CHESTER E. SMITH, Doing Business under the Name of RIVERVIEW MOTORS, Appellant, v. PARR MOTOR SALES, INC., Respondent.—

Foster, P. J., Heffernan, Brewster and Bergan, JJ., concur; Coon, J., dissents in the following memorandum: I dissent and vote for judgment in favor of the plaintiff. In my view no title passed to Marsh, and defendant, experienced in such matters, in accepting the automobile with no indicia of title whatever, save bare possession, may not be considered an innocent purchaser.

In the Matter of WILLIAM F. JONES, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.